**Order entered October 26, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00823-CV

## IN THE INTEREST OF R.M., R.M., AND R.M., CHILDREN

**On Appeal from the 469th Judicial District Court
Collin County, Texas
Trial Court Cause No. 469-54067-2018**

### ORDER

As directed to do so, appellant has filed written verification he has requested the reporter's record. Accordingly, we **ORDER** Stephanie M. Hunn, Official Court Reporter for the 469th Judicial District Court, to file the reporter's record no later than November 30, 2020. Because appellant filed in the trial court a statement of inability to afford costs and nothing in the record reflects appellant has been ordered to pay costs, the record shall be filed without payment of the reporter's fee. *See* TEX. R. CIV. P. 145(a).

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Hunn and the parties.

/s/     KEN MOLBERG
JUSTICE